```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF WEST VIRGINIA
                             AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                          CRIMINAL ACTION NO. 2:15-00201

**ADAM DENSON**

### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
### MEMORANDUM OPINION AND ORDER

On October 23, 2019, the United States of America appeared by Negar Kordestani, Assistant United States Attorney, and the defendant, Adam Denson, appeared in person and by his counsel, Philip B. Sword, for a hearing on the petition seeking revocation of supervised release submitted by United States Probation Officer Patrick M. Fidler. The defendant commenced a three-year term of supervised release in this action on June 20, 2019, as more fully set forth in the Judgment Including Sentence Under the Sentencing Reform Act entered by the court on February 9, 2017.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court

found by a preponderance of the evidence that the defendant has violated the conditions of supervised release in the following respects:  (1) the defendant committed violations of law in that on September 4, 2019, he was arrested and charged with one count of possession with intent to deliver methamphetamine arising from a sale of methamphetamine to a confidential informant and during the search was found to be in possession of a .40 caliber handgun and a 9mm handgun; and (2) on September 4, 2019, the defendant admitted to the probation officer that he smoked "half a blunt" of marijuana approximately three weeks prior; all as set forth in the petition on supervised release.  It is noted that it was agreed by the defendant that the government had sufficient proof to prove by a preponderance of the evidence the violations of the supervised release as set forth on the record under (1) above with regard to the charges arising from the September 4, 2019, arrest.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of **TWENTY-FOUR (24) MONTHS**, with no further term of supervised release imposed.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: October 25, 2019

_____
John T. Copenhaver, Jr.
Senior United States District Judge